AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| James B. Burgess | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 9:16-cv-3037-PMD-BM |
| Commissioner of Social Security Administration | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered that Burgess' objections are overruled, that the R & R is adopted, and that the Commissioner's decision is affirmed.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy, Senior United States District Judge, presiding, adopting Magistrate Judge Bristow Marchant's Report and Recommendation.

Date: March 14, 2018

*CLERK OF COURT*

s/Elena Graham
*Signature of Clerk or Deputy Clerk*